**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

January 6, 2016

## LETTER ORDER

Re:   **National Union Fire Insurance Company of Pittsburgh, PA v. Becton, Dickinson and Company**
      **Civil Action No. 14-4318 (CCC)**

Dear Counsel:

As discussed during the status telephone conference held in the above-captioned matter earlier today, the remaining schedule pertaining to discovery shall be as follows:

1. Fact discovery in this matter shall close on **April 29, 2016**.

2. Affirmative expert reports shall be served no later than **June 17, 2016**.

3. Responsive expert reports shall be served no later than **July 29, 2016**.

4. The deadline for expert discovery in this matter is **August 31, 2016**.

5. A status telephone conference shall be held with the Court on **February 10, 2016 at 11:30 A.M.**  Counsel for Defendant is directed to initiate the call.  The purpose of the call will be to determine whether a settlement conference should be scheduled.

IT IS SO ORDERED.

         s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**