UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, <br><br> Defendant. | Civil Action No. 14-04318 (JXN)(JSA) <br><br> **ORDER** |

**NEALS**, District Judge:

**THIS MATTER** comes before the Court on Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa.'s ("Plaintiff" or "National Union") motion for summary judgment (ECF No. 255). Defendant Becton, Dickinson and Company ("Defendant" or "BD") opposed the motion (ECF No. 266), and Plaintiff filed a reply (ECF No. 291). The Court reviewed all submissions made in support and in opposition to the motion, and considered the motion without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

**IT IS** on this 12th day of July, 2022,

**ORDERED** that Plaintiff's motion for summary judgment is hereby **DENIED**; and it is further

**ORDERED** that the parties shall agree on a supplemental discovery schedule as to Exhibits KK through OO and advise the Court of same within fourteen (14) days of the date of this Order; and it is further

2

**ORDERED** that Plaintiff may seek leave of Court to renew arguments related to those portions of the motion that were conditionally denied after supplemental discovery is completed; and it is further

**ORDERED** that the accompanying Opinion shall remain under seal for fourteen (14) days during which time the parties may file a motion or motions to seal portions of the Opinion pursuant to Local Civil Rule 5.3. If the parties do not file a motion to seal by the fourteen (14) day deadline, the entire Opinion will be unsealed.

s/ Julien Xavier Neals
**JULIEN XAVIER NEALS**
United States District Judge
